JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/09/17 | 1 | MOTION, BRIEF, SCHEDULE, & CERT. OF SVC. -- Motion of deft. Cable/Tel for transfer of actions pursuant to 28 U.S.C. 1407 (A-1 thru A-2) Suggested Transferee District: N.D. California Suggested Transferee Judge: ? (rh) |
| 84/09/19 | 2 | MOTION, BRIEF, SCHEDULE, EXHIBITS (A TO F) & CERT. OF SVC. -- Motion of pltf. Harvey Rosenbluth for transfer of actions pursuant to 28 U.S.C. §1407 (A-1 thru A-2) Suggested Transferee District: E.D. Pennsylvania Suggested or E.D. New Jersey Transferee Judge: ? (rh) |
| 84/09/21 | | HEARING ORDER -- Setting motion to transfer A-1 and A-2 for Panel Hearing in Galveston, Texas on Oct. 23, 1984 (rh) |
| 84/09/27 | | APPEARANCES: Elizabeth Cabrasr, Esq. for Gordon Wilson, et al.; Arnold Levin, Esq. for Patrick T. Ryan, John Fraizer, IV, Howard Kaufman, Robert Shapiro, Leonard H. Marks, H. Donald Busch, David H. Marion, David A. Silverstein, Martin E. Heck, Irving Bersak, Haims & Co., Michael Buzzio, Von Ron, Inc., Frank Von Arsdale, Marvin H. Gladstone, Robert H. Gaggio; JOHN W. FRAZIER, IV, ESQ. for Schekter Aber Rishty & Goldstein, P.C.; KAREN A. VON DREUSCHE, ESQ. for Tom Kaye, Arnold Bruck Investors Planning Group, Inc.; DOUGLAS EVAN RESS, ESQ. for Cable Tel Corp., Stuart C. Harris, Paul L. Skulsky, Marc Pozner, Micro Constructors, Inc.; Six Star Cablevision Mgmt. Co.; Cable Promotions, Inc. Communications Finance Sys., Inc.; SixStar Cablevision Const. Co., Inc., Six Star Cablevision Co., Inc. (cds) |
| 84/09/28 | | APPEARANCE: DAVID H. MARION, ESQ. for Harvey Rosenbluth (rh) |
| 84/10/01 | | APPEARANCE: STUART A. JACKSON FOR Michael Buzzeo, Haims & Co., and Haims & Co., P.C. (emh) |
| 84/10/01 | 3 | RESPONSE/MEMORANDUM - Pltfs. Gordon Wilson, et al. -- w/cert. of svc. (emh) |
| 84/10/02 | 4 | JOINDER/RESPONSE -- Deft. Schekter Aber Rishty & Goldstein, P.C. -- w/cert. of svc. (emh) |
| 84/10/02 | 5 | RESPONSE/MEMORANDUM -- Pltf. Harvey Rosenbluth -- w/cert. of svc. (emh) |
| 84/10/02 | 6 | RESPONSE -- Deft. Planning Group, Inc., Arnold Bruck, Tom Kaye w/cert. of svc. (rh) |
| 84/10/02 | 7 | RESPONSE -- Deft. Cable/Tel w/cert. of svc. (rh) |
| 84/10/03 | 8 | RESPONSE -- defts. Michael Buzzeo, Haims and Co., and Haims and Co., P.C. -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/10 | | APPEARANCE -- RICHARD M. ASCHE for Martin E. Hecht (emh) |
| 84/10/10 | 9 | RESPONSE -- Roger H. Maggio -- w/cert. of svc. (emh) |
| 84/10/19 | | WAIVERS OF ORAL ARGUMENT -- Tom Kaye, Arnold Bruck and Investors Planning Group, Inc.; Schekter Aber Rishty & Goldstein, P.C. (cds) |
| 84/10/19 | | AMENDED CERT. OF SERVICE (TO PLDG. 3) --Pltf. Wilson, et al. (emh) |
| 84/10/19 | | AMENDED CERT OF SERVICE (TO PLDG. 4) -- SCHEKTER ABER RISHTY & GOLDSTEIN (emh) |
| 84/11/01 | | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to the Eastern District of Pennsylvania to Judge Louis Charles Bechtle pursuant to 28 U.S.C. §1407 (rew) |
| 84/11/01 | | TRANSFER ORDER -- transferring A-1 to the E.D. Pennsylvania for assignment to Judge Louis Charles Bechtle pursuant to 28 U.S.C. §1407. Notified transferee clerk, transferee judge, involved clerk, involved judge, hearing clerk, counsel & recipients. (rew) |

JPML Form 1

Revised: 8/78

DOCKET NO. 619 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CABLE/TEL CORPORATION & ENTITIES SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 10/23/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/1/84 | TO | Unpublished | Pa., E. | Louis Charles Bechtle | |

### Special Transferee Information

DATE CLOSED: 12/13/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 619 -- In re Cable/Tel Corporation & Entities Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gordon Wilson, et al. v. Cable/Tel Corp., et al. | N.D.Cal. Zirpoli | C-84-1294-AJZ | 11/1/84 | 84-5668 | 12/13/85D | ✓ |
| A-2 | Harvey Rosenbluth v. Roger H. Maggio, et al. | E.D.Pa. Bechtle | 84-2671 | | | 12/13/85D | |
| XYZ-3 | Harvey Rosenbluth v. TCI Growth, Inc. | E.D.Pa. | 85-1390 | --------- | --------- | 12/13/85D | |

*July 1985 - 2 Pending* (handwritten notation)

JPML Form 4

Revised on 9/28/84

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 619 -- In re Cable/Tel Corporation & Entities Securities Litigation

---

GORDON WILSON, ET AL. (A-1)
Elizabeth Joan Cabraser, Esquire
Lieff & Cabraser
One Market Plaza
Spear Street Tower
Suite 2450
San Francisco, California  94105

HARVEY ROSENBLUTH (A-2)
Wayne M. Thomas, Esquire
Kohn, Savett, Marion & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Pa.  19103

CABLE/TEL CORPORATION
STUART C. HARRIS
PAUL L. SKULSKY
MARC POZNER
MICRO CONSTRUCTORS, INC.
SIX STAR CABLEVISION MANAGEMENT CO.

CABLE PROMOTIONS, INC.
COMMUNICATIONS FINANCE SYSTEMS, INC.
CABLE/TEL SYSTEMS CORPORATION
SIX STAR CABLEVISION, INC.
SIX STAR CABLEVISION CONSTRUCTION CO., INC.
SIX STAR CABLEVISION HOLDING COMPANY, INC.
SIX STAR HOLDING COMPANY, INC.
Douglas Evan Ress, Esquire
Kittredge, Kaufman & Donley
800 North American Building
121 South Broad Street
Philadelphia, Pennsylvania  19107

TOM KAYE
ARNOLD BRUCK
INVESTORS PLANNING GROUP, INC.
Karen A. von Dreusche, Esquire
Busch, Grafman & von Dreusche
11th Floor, 555 E. City Line Avenue
Bala Cynwyd, Pennsylvania  19004

ROBERT H. MAGGIO
Arnold Levin, Esquire
Levin & Fishbein
320 Walnut Street
Suite 600
Philadelphia, Pa.  19106

Irving Bersak   (No Appearance Received)
29 West Korwell Circle
West Orange, New Jersey  07052

SCHEKTER ABER RISHTY
  & GOLDSTEIN, P.C.
John W. Frazier, IV, Esquire
Montgomery, McCracken, Walker
  & Rhoads
Three Parkway - 20th Floor
Philadelphia, Pennsylvania  19102

Benjamin Rabin (No Appearance Received)
23 Chittenden Road
Fair Lawn, New Jersey

Continental Consultants (No Appearance Received)
23 Chittenden Road
Fair Lawn, New Jersey

MARTIN E. HECHT
Richard M. Asche, Esq.
Litman, Kaufman & Asche
120 Broadway
New York, New York 10271-0068

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 619 -- In re Cable/Tel Corp. & Entities Securities Litigation

MICHAEL BUZZEO
HAIMS AND COMPANY
HAIMS AND COMPANY, P.C.
Stuart A. Jackson, Esq.
425 Park Avenue
13th Floor
New York, New York  10022

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 619 -- In re Cable/Tel Corporation & Entities Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cable/Tel Corp. | A-1, A-2 |
| Cable/Tel Systems Corp. | A-1, A-2 |
| Sixstar Cablevision Holding Co., Inc. | A-1, |
| Cable Promotions, Inc. | A-1, A-2 |
| Sixstar Cablevision Construction Co., Inc. | A-1, A-2 |
| Sixstar Cablevision Management Corp. | A-1, A-2 |
| Communications Finance Systems, Inc. | A-1, A-2 |
| Sixstar Cablevision, Inc. | A-1, A-2 |
| Stuart C. Harris | A-1, A-2 |
| Roger H. Maggio | A-1, A-2 |
| Paul L. Skulsky | A-1, A-2 |

p. 2

| Name | |
|---|---|
| Martin E. Hecht | A-1, A-2 |
| Investors Planning Group, Inc. | A-1, A-2 |
| Tom Kaye | A-1, A-2 |
| Marc Pozner | A-1, A-2 |
| Aronold H. Bruck | A-1, A-2 |
| Continental Consultants Corp., | A-1, A-2 |
| Benjamin Rabin | A-1, A-2 |
| Irving Bersak | A-1, A-2 |
| Haims & Co. and Haims & Haims and Co., P.C. | A-1, A-2 |
| Haims & Co., P.C. | A-1, A-2 |
| Michael ~~Buzzes~~ Buzzio | A-1, A-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 619 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Van Ron Inc. | A-1, A-2 |
| Frank Van Arsdale | A-1, A-2 |
| Micro Constructors, Inc. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |