DOCKET NO. 619

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -1 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CABLE/TEL CORPORATION & ENTITIES SECURITIES LITIGATION

TRANSFER ORDER

This litigation consists of one action pending in the Northern District of California and one action pending in the Eastern District of Pennsylvania. Presently before the Panel are two motions for coordinated or consolidated pretrial proceedings under 28 U.S.C §1407: one brought by certain defendants who have moved for centralization in the Northern District of California, and the other brought by plaintiff in the Pennsylvania action who has moved for centralization in the Eastern District of Pennsylvania or, in the alternative, the District of New Jersey. No responding party opposes transfer; the sole dispute before the Panel concerns selection of the appropriate transferee district.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions share numerous factual questions arising from allegations in substantially similar complaints that nearly identical defendants engaged in fraud, breach of contract and violations of federal securities and racketeering laws in conjunction with defendants' sale of cable television interests as tax shelters. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with regard to the overlapping class certification requests currently pending in each action), and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Eastern District of Pennsylvania is the appropriate forum for this litigation. We note, inter alia, that: 1) the Eastern District of Pennsylvania is the district in which an action is pending that is closer to Englewood Cliffs, New Jersey, where the defendant cable television companies were headquartered and where relevant documents and witnesses are likely to be found; 2) the judge assigned the Pennsylvania action is already familiar with the issues in this litigation as a result of presiding over a since settled related action brought against many of the defendants in this docket alleging federal securities law and common law violations; 3) all defendants and many class members are located in the Eastern United States; and 4) in light of the facts that a related grand jury investigation occurred in the District of New Jersey and criminal trial involving several of the individual defendants in this docket is occurring there now, the Pennsylvania forum will geographically be a more convenient forum than the Northern District of California for handling any matters, such as access to grand jury documents, requiring coordination with the New Jersey court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the following Schedule A and pending in the Northern District of California be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Louis Charles Bechtle for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-619 -- In re Cable/Tel Corporation & Entities Securities Litigation

Eastern District of Pennsylvania

Harvey Rosenbluth v. Roger H. Maggio, et al., C.A. No. 84-2671

Northern District of California

Gordon Wilson, et al. v. Cable/Tel Corp., et al., C.A. No. C-84-1294-AJZ